# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CATHY ALEXANDER,**

       **Plaintiff,**

**v.**                                                                 **Case No: 6:22-cv-2119-PGB-EJK**

**REASONABLE HEALTH
COVERAGE LLC,**

       **Defendant.**
_____/

## ORDER

    This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed January 11, 2023 (Doc. 18) before the Defendant answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's individual claims against Defendant Reasonable Health Coverage LLC are **DISMISSED WITH PREJUDICE.** Plaintiff's alleged class claims against Defendant Reasonable Health Coverage LLC are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on January 12, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties